UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------

In Re:

Dennis S. Anderson and Julie M.
Anderson

                                                    ORDER

      Debtors.

Chapter 7, Case No. 11-31297

------------------------------

      This case came before the court on the motion of U.S. Bank, National Association, pursuant to 11 U.S.C. section 362 on May 18, 2011, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

      IT IS ORDERED:

      The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, have an interest under mortgage document no. A 761102, said property legally described as follows:

      The West Half of the East Half of the Southwest Quarter of the Southeast Quarter
      (W 1/2 of E 1/2 of SW 1/4 of SE 1/4) of Section 1, Township 113, Range 22

      The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: May 18, 2011

                                                      /e/ Dennis D. O'Brien
                                                      Dennis D. O'Brien
                                                      United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/18/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk